# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Davis<br><br>Case below:<br>165 N.C. App. 545 | No. 436P04 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-647) | Denied<br>10/06/04 |
| State v. Davis<br><br>Case below:<br>165 N.C. App. 706 | No. 466P04 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-463) | Denied<br>10/06/04 |
| State v. Dennison<br><br>Case below:<br>163 N.C. App. 375 | No. 179A04 | 1. AG's Petition for Writ of Supersedeas<br>(COA02-1512)<br><br>2. AG's NOA Based Upon a Dissent<br><br>3. Def's Motion for Review Pursuant to<br>N.C. R. App. P. Rule 2—Motion to Bypass<br>the COA as to Undecided Issue of<br>Insufficiency of Evidence<br><br>4. AG's PDR as to Additional Issues | 1. Allowed<br>10/06/04<br><br>2. ——<br><br>3. Denied<br>10/06/04<br><br><br><br>4. Allowed<br>10/06/04 |
| State v. Harris<br><br>Case below:<br>165 N.C. App. 905 | No. 462P04 | AG's Motion for Temporary Stay<br>(COA03-916) | Allowed<br>**09/02/04** |
| State v. Harrison<br><br>Case below:<br>165 N.C. App. 332 | No. 403P04 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-1362) | Denied<br>10/06/04 |
| State v. Jackson<br><br>Case below:<br>165 N.C. App. 276 | No. 414P04 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-1086) | Denied<br>10/06/04 |
| State v. Jackson<br><br>Case below:<br>165 N.C. App. 763 | No. 486P04 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA03-733)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br>10/06/04<br><br>3. Allowed<br>10/06/04 |